■ RICHARD W. LOCKWOOD et al., Respondents, v JENNIE TIBALDI, Appellant. [599 NYS2d 989] —In an action to enjoin obstruction of an easement for ingress and egress, the defendant appeals from a judgment of the Supreme Court, Orange County (Owen, J.), entered February 28, 1991, which, *inter alia,* granted the plaintiffs' motion for summary judgment and dismissed the defendant's counterclaim.

Ordered that the judgment is affirmed, without costs or disbursements.

The language of the defendant's deed clearly creates a five-foot-wide easement in favor of the plaintiffs. Therefore, the court properly enjoined the defendant from obstructing the land over which the plaintiffs have an easement *(see generally, Laera v Molina,* 100 AD2d 615; *487 Elmwood v Hassett,* 83 AD2d 409).

Moreover, the Supreme Court properly dismissed the defendant's counterclaim as untimely *(see, Oneida County Mobile Home Sales v Niagara Mohawk Power Corp.,* 47 NY2d 954; *Rahabi v Morrison,* 81 AD2d 434).

We have not considered the defendant's remaining contentions as they were not raised before the Supreme Court *(see, Block v Magee,* 146 AD2d 730). Sullivan, J. P., Eiber, O'Brien and Pizzuto, JJ., concur.